UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SEB S.A.,

                **Plaintiff,**

-against-

MONTGOMERY WARD & CO., INCORPORATED,
GLOBAL-TECH APPLIANCES, INC., and PENTALPHA
ENTERPRISES, LTD.

                **Defendants.**
------------------------------------X
PENTALPHA ENTERPRISES, LTD.,

                **Counter-claimant,**

-against-

SEB S.A. and T-FAL CORPORATION

                **Counter-defendants.**
------------------------------------X

99 CV 09284 (SCR)

**AMENDED JUDGMENT**



      Whereas the above entitled action having been assigned to the Honorable Stephen C. Robinson, U.S.D.J., and the Court thereafter on October 1, 2008, having handed down a Memorandum Decision and Order (Docket #202) granting defendants' motion for reconsideration (Docket #188) in its entirety, and vacating its previous order granting enhanced damages in the amount of $2,650,000.00 and granting attorneys' fees in the amount of $932,123.53; granting in part and denying in part plaintiff's motion for supplemental attorneys' fees, disbursements, and prejudgment interest (Docket #191), and awarding prejudgment interest in the amount of $1,758,763.00, plus daily interest of $1,283.00 per day from October 1, 2007, until the final judgment is entered, it is,

      **ORDERED, ADJUDGED AND DECREED**: that the court grants defendants' motion for reconsideration in its entirety; the court vacates its previous order granting enhanced damages in the amount of $2,650,000.00 and granting attorneys' fees in the amount of $932,123.53; and the court grants in part and denies in part plaintiff's motion for supplemental attorneys' fees, disbursements, and prejudgment interest, and awards prejudgment interest in the amount of $1,758,763.00, plus daily interest of $1,283.00 per day from October 1, 2007 thru October 2, 2008, in the amount of $469,578.00, for a total judgment amount of $4,878,341.00, and the case is hereby closed.

**Dated: White Plains, N.Y.**
**October 3, 2008**

                                      *J. Michael McMahon*
                                **J. Michael McMahon - Clerk of Court**